# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANIBAL LABOY,

    Plaintiff,

v.                                         Case No. 6:23-cv-2017-JA-DCI

WAL-MART STORES EAST, LP,

    Defendant.
_____

## ORDER

Plaintiff's Disclosure Statement (Doc. 10) is incomplete in at least two respects. First, Plaintiff indicated "N/A" in the second paragraph of the Statement, which asks for the citizenship of each party in a diversity case, (Doc. 10 at 1); this is a diversity case. Second, in the third paragraph, Plaintiff states there is no person who has or might have an interest in the outcome of this action. (*Id.* at 2). But at a minimum, the parties and their counsel have an interest in the outcome of this action.

Plaintiff shall file a complete Disclosure Statement within seven days.

**DONE** and **ORDERED** in Orlando, Florida, on November 6, 2023.

                                                    JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record